UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHIGAN LABORERS' HEALTH CARE FUND, TRUSTEES OF, MICHIGAN LABORERS' VACATION FUND, TRUSTEES OF, MICHIGAN LABORERS' PENSION FUND, TRUSTEES OF, MICHIGAN LABORERS' TRAINING FUND, TRUSTEES OF, MICHIGAN LABORERS'-EMPLOYERS' COOPERATION AND EDUCATION TRUST FUND, TRUSTEES OF, and MICHIGAN LABORERS' ANNUITY FUND, TRUSTEES OF,<br>    Plaintiffs,<br><br>-v-<br><br>ACCURATE SAWING & DRILLING INC., DOUGLAS JACKSON, and ANN MARIE JACKSON,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:11-cv-00258<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having granted Plaintiffs' motion for summary judgment against Defendants, and having resolved all pending claims, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Plaintiffs and against Defendants.

**IT IS ORDERED** that Defendants are liable to Plaintiff, jointly and severally, in the amount of $108,319.97, plus costs. Defendants are also **ORDERED** to submit Contribution Reporting Forms ("CRFs") and pay benefit contributions for the period from August 2011 through May 2012. If the parties cannot reach agreement regarding costs, Plaintiff shall submit a bill of costs, with supporting documentation as necessary, as required by Fed. R. Civ. P. 54(d) and Rule 54.1 of the

Local Civil Rules of the Western District of Michigan.

**THIS ACTION IS TERMINATED.  IT IS SO ORDERED.**


Date:  August 31, 2012  　　　　　　　　　　　　　　 /s/ Paul L. Maloney  
　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney  
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge