UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN LABORERS' HEALTH CARE FUND, TRUSTEES OF; MICHIGAN LABORERS' VACATION FUND, TRUSTEES OF; MICHIGAN LABORERS' PENSION FUND, TRUSTEES OF; MICHIGAN LABORERS' TRAINING FUND, TRUSTEES OF; MICHIGAN LABORERS' EMPLOYERS' COOPERATIVE AND EDUCATION TRUST FUND, TRUSTEES OF; and MICHIGAN LABORERS' ANNUITY FUND, TRUSTEES OF,

    Plaintiffs,

V

ACCURATE SAWING & DRILLING INC., a Michigan corporation; DOUGLAS JACKSON, an individual, and ANN MARIE JACKSON, an individual, jointly and severally,

    Defendants.

V

DYKEMA EXCAVATORS, INC. (a/k/a Dykema Excavating),

    Garnishee Defendant

Case No. 1:11-cv-258

Hon. Paul L. Maloney

## CONSENT JUDGMENT AGAINST
## GARNISHEE-DEFENDANT DYKEMA EXCAVATORS, INC.

Plaintiffs served a writ of garnishment on Garnishee-Defendant Dykema Excavators, Inc.;

Garnishee-Defendant Dykema Excavators, Inc. indicated in its garnishee disclosure form [Dkt. 812] that it is holding $29,261.13 pursuant to the writ;

The time period for Garnishee-Defendant Dykema Excavators, Inc. to have paid the $29,261.13 to Plaintiffs has passed and Garnishee-Defendant Dykema Excavators, Inc. has paid no portion of the $29,261.13 to Plaintiffs;

MCR 3.101(O)(1) authorizes entry of a judgment against a garnishee as the facts warrant;

Plaintiffs have moved for a Judgment against Dykema Excavators, Inc. and the parties wish to resolve that motion; and

Plaintiffs and Garnishee-Defendant have agreed to this Consent Judgment,

NOW, THEREFORE, the Court enters this Consent Judgment as follows:

IT IS HEREBY ORDERED AND ADJUDGED that Garnishee-Defendant Dykema Excavators, Inc. is liable to Plaintiffs in the amount of $29,261.13. This Consent Judgment resolves Plaintiffs' motion for a judgment against Dykema Excavators, Inc.

Hon. /s/ Paul L. Maloney
United States District Judge

Dated: March 19, 2013

2

APPROVED AS TO FORM AND SUBSTANCE:

FOR PLAINTIFFS:

*[signature]*

Michael J. Bommarito (P36870)
Attorneys for Plaintiffs
306 South Washington Avenue, Suite 600
Royal Oak, MI 48067-3837

Dated: 3/15/13

FOR GARNISHEE-DEFENDANT DYKEMA EXCAVTORS, INC.:

*[signature]*

Steve Landstra, CFO/Secretary/Treasurer
Dykema Excavators, Inc.
1730 Three Mile Rd. NE
Grand Rapids, MI   49505

Dated: 3/14/13

3